UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RODRECIUS ANTONIO HAMILTON,

    Plaintiff,                    CASE NO.: 8:18-cv-885-T-02TGW

v.

OFFICER JEREMY WILLIAMS, OFFICER JUSTIN KING, AND OFFICER JOEL MAILLY.

    Defendants.
_____/

## AFFIDAVIT OF JOEL MAILLY

STATE OF FLORIDA
COUNTY OF TAYLOR

    Before me, the undersigned notary public, authorized to take acknowledgments and administer oaths, personally appeared Joel Mailly, who, after first duly sworn, deposes and says:

    1.    My name is Joel Mailly and I am over the age of eighteen (18), of sound mind, and I make this Affidavit based upon personal knowledge.

    2.    I was employed as a police officer with the City of Lakeland from September of 2014 until, May of 2018.

    3.    On April 19, 2016, I was on duty as a station duty officer for the City of Lakeland, located at the Lakeland Police Department. On that date I made contact with David Rogers in reference to a battery that occurred on April 18, 2016.

    4.    Mr. Rogers advised me that on April 18 2016 at approximately 1500 hours he accompanied his friend "E" to 3104 Florida Avenue North, Lakeland, Florida 33805, where Rodrecius Hamilton was living at the time.

1

/4120287/117#39773874 v1



5. Mr. Rogers advised me that while he was at the residence at 3104 Florida Avenue North, an argument erupted between Rogers and Hamilton, and that Mr. Hamilton placed Mr. Rogers in a headlock and repeatedly struck him in the face with a closed fist.

6. On April 19, 2018, while Mr. Rogers was at the Lakeland Police Department, I observed swelling and redness around Mr. Roger's right eye, which was almost swollen shut, as well as both of his eyes were bloodshot due to the strikes in the face.

7. Mr. Rogers completed a sworn written statement in reference to the incident.

8. Officer Harvey arrived at the Lakeland Police Department and took photographs of Mr. Rogers' face. I placed the photos into evidence.

9. A copy of the report I completed as a result of Mr. Rogers's complaint is attached to this Affidavit as Exhibit A.

10. I was not present when Mr. Hamilton was apprehended by Lakeland Police Officers Jeremy Williams and Justin King.

FURTHER AFFIANT SAYETH NAUGHT

_____
Joel Mailly

STATE OF FLORIDA
COUNTY OF TAYLOR

The foregoing instrument was acknowledged before me this 25 day of March, 2020, by Joel Mailly, who is personally known to me, or has produced identification: _____.

(Affix Notary Seal)

_____
NOTARY PUBLIC
My Commission Expires:



LAVONNE P. THARPE
MY COMMISSION # GG 104517
EXPIRES: September 20, 2020
Bonded Thru Notary Public Underwriters

/4120287/117#39773874 v1

2



# LAKELAND POLICE DEPARTMENT

219 N. MASSACHUSETTS AVENUE
LAKELAND, FL 33801

Phone
(863)834-6900
Fax
(863)834-6931

**16-8023**

Supplement No
ORIG

Reported Date
04/19/2016
Incident Type
BATTERY SIMPLE
Member#
MAILLY,JOEL

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| LAKELAND POLICE DEPARTMENT | 16-8023 | ORIG | 04/19/2016 | 22:07 |

| CAD Call No | Status | Incident Type |
|---|---|---|
| 161100370 | Report To Follow | Battery Simple |

| Location | | | | | | | City |
|---|---|---|---|---|---|---|---|
| 3104 FLORIDA AVE N | | | | | | | Lakeland |

| ZIP Code | Beat | District | Sector | From Date | From Time | To Date | To Time |
|---|---|---|---|---|---|---|---|
| 33805 | CD | NW | 14 | 04/18/2016 | 15:00 | 04/18/2016 | 16:00 |

| Member# | Assignment | Entered By | Assignment | RMS Transfer |
|---|---|---|---|---|
| 21883/MAILLY,JOEL | 78 | 21883 | 78 | Successful |

| Prop Trans Stat | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| Successful | 19682 | 04/25/2016 | 03:07:42 |

| # Offenses | Offense | Description | Attempted |
|---|---|---|---|
| 1 | 784.03(1)(A)1 | Battery Touch Or Str | |

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| ARR | 1 | P | HAMILTON,RODRECIUS | 10123832 |
| Race | Sex | DOB | | |
| B | M | 04/28/1972 | | |
| Invl | Invl No | Type | Name | MNI |
| VIC | 1 | P | ROGERS,DAVID | 10178211 |
| Race | Sex | DOB | | |
| B | M | 06/28/1982 | | |

## Property Summary

| Involvement | Description |
|---|---|
| EVD | Article: Data processing equipment DIGCAM   Photographs of Rogers |



EXHIBIT A

| Report Officer | Printed At | |
|---|---|---|
| 21883/MAILLY,JOEL | 04/25/2016 03:08 | Page 1 of 4 |

# LAKELAND POLICE DEPARTMENT

**16-8023**  Supplement No ORIG

## Arrestee 1: HAMILTON, RODRECIUS

| Involvement | Invl No | Type | Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Arrestee | 1 | Person | HAMILTON, RODRECIUS | | | | | | | |
| MNI | Race | Sex | DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
| 10123832 | Black | Male | 04/28/1972 | 43 | No | 5'10" | 210# | Black | Brown | 776525 |
| Jail Transfer | ARR_FLAG | Mem # | | Oper Date | | Oper Time | | Notary Mem # | Notary Date | |
| Successful | Yes | MAILLY, JOEL | | 04/20/2016 | | 00:25:48 | | 19997 | 04/20/2016 | |
| Notary Time | SIGNED | | | | | | | | | |
| 00:26:07 | Yes | | | | | | | | | |

| Type | Address | | | |
|---|---|---|---|---|
| Home | 3104 FLORIDA AVE N | | | |
| City | State | ZIP Code | Date | |
| Lakeland | Florida | 33805 | 04/19/2016 | |

| Type | ID No | OLS | |
|---|---|---|---|
| Driver License | H543721721480 | Florida | |
| Type | | | ID No |
| State Criminal Identification Number (SID) | | | 03178490 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Booking No | Status | Dispo |
|---|---|---|---|---|---|---|
| Arrested | Arrested | 04/19/2016 | 23:24:00 | 16-14855 | Booked | Misdemeanor |
| Arrest Location | | | | | | City |
| 3104 FLORIDA AVE N | | | | | | Lakeland |
| Beat | Sector | SIGNED | | | | |
| CD | 14 | Yes | | | | |

| Charge | Counts | Level | Charge Literal |
|---|---|---|---|
| 784.03(1)(A)1 | 1 | M1 | Battery Touch Or Str |

On 04/18/2016 at approximately 1500 hours the victim, David Rogers (B/M 06/28/1982) accompanied his friend "E" to 3104 Florida Avenue North Lakeland, FL 33805. 3104 Florida Avenue North is the defendant's, Rodrecius Hamilton (B/M 04/28/1972), home address. All three individuals were there hanging out when an argument between Rogers and the defendant erupted about who makes more money. Pursuant to the argument, unprovoked, the defendant placed Rogers in a "headlock" and repeatedly struck him in the face with a closed fist against his will. "E" was present during the attack, and was able to separate the defendant and Rogers, at which point Rogers left the area and contacted law enforcement from another individual's phone. Unfortunately Rogers did not know where he was and gave the wrong address where he was. Law enforcement was unable to locate him in close proximity to the incident location, so Rogers then came to the Lakeland Police Department in order to file a report as he does not have a cell phone.

Rogers has personal knowledge of the defendant, as they lived together for a period of 2 months.

I observed swelling and redness around Roger's right eye, which was almost swollen shut, as well as both of his eyes were bloodshot due to the strikes in the face.

I am charging the defendant with Battery - Touch or Strike.

It should also be noted that Ofc. J. Williams #206, a Lakeland Police K9 Officer, will also be charging the defendant in a separate affidavit in reference to this case.

## Victim (Person) 1: ROGERS, DAVID

| Involvement | Invl No | Type | | | | |
|---|---|---|---|---|---|---|
| Victim (Person) | 1 | Person | | | | |
| Name | | | | MNI | Race | Sex |
| ROGERS, DAVID | | | | 10178211 | Black | Male |
| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color |
| 06/28/1982 | 33 | No | 5'06" | 165# | Black | Brown |
| Means of Attack | | | | Ext of Injury | Dom Violence | PRN |
| Personal: Hands/Fist/Feet (Minor/No Injury) | | | | Minor Injuries | No | 776526 |
| SIGNED | | | | | | |
| Yes | | | | | | |

| Type | Address | | |
|---|---|---|---|
| Home | 123 PEGG ST | | |
| City | State | ZIP Code | Date |
| Lakeland | Florida | 33805 | 04/19/2016 |

| Report Officer | Printed At | |
|---|---|---|
| 21883/MAILLY, JOEL | 04/25/2016 03:08 | Page 2 of 4 |

**16-8023** Supplement No ORIG

# LAKELAND POLICE DEPARTMENT

| Type | ID No | OLS |
|---|---|---|
| Driver License | R262160822281 | Florida |

### Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Tag No | Item No | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Evidence | 04/19/2016 | Yes | No | 160012088 | 1 | | |

| Description | | | | Typ |
|---|---|---|---|---|
| Photographs of Rogers | | | | A |

| Cat | Article | Rcv Date | Recv Value | Initial Dispo |
|---|---|---|---|---|
| Data processing equipment | DIGCAM | 04/19/2016 | $1.00 | Hold For Trial |

| Entered Date | Entered Time | RMS Transfer | Control | |
|---|---|---|---|---|
| 04/19/2016 | 23:33 | Successful | 21883 | 0424162314 |

### Modus Operandi

| Crime Code(s) |
|---|
| Battery Simple |

### Narrative

INCIDENT SCENE:

The incident occurred at 3104 Florida Avenue North Lakeland, FL 33805.

INVESTIGATION:

On 04/19/2016 at approximately 2230 hours, I, Ofc. J. Mailly #320, while working as the station duty officer, made contact with the victim, David Rogers (B/M 06/28/1982), in reference to a battery that occurred on 04/18/2016.

Rogers advised that on 04/18/2016 at approximately 1500 hours the he accompanied his friend "E" to 3104 Florida Avenue North Lakeland, FL 33805. 3104 Florida Avenue North is the residence of Rodrecius Hamilton (B/M 04/28/1972). All three individuals were there hanging out when an argument between Rogers and Hamilton erupted about who makes more money. Pursuant to the argument, unprovoked, Hamilton placed Rogers in a "headlock" and repeatedly struck him in the face with a closed fist against his will. "E" was present during the attack, and was able to separate Hamilton and Rogers, at which point Rogers left the area and contacted law enforcement from another individual's phone. Unfortunately Rogers did not know where he was and gave the wrong address where he was. When he called, Rogers advised that he was in the area of Hennessee Street and Florida Avenue which is approximately 1/4 mile north of the actual incident location. Law enforcement circulated the area and was unable to locate him in close proximity to the incident location, so Rogers then came to the Lakeland Police Department in order to file a report as he does not have a cell phone.

Rogers has personal knowledge of Hamilton, as they lived in the same residence together for a period of 2 months. Rogers' aunt is dating Hamilton, which is why they lived in the same residence for that time period.

I observed swelling and redness around Roger's right eye, which was almost swollen shut, as well as both of his eyes were bloodshot due to the strikes in the face.

Rogers completed a sworn written statement in reference to the incident.

Ofc. J. King #239, Ofc. A. Hayes #103, Ofc. K. Schuttler #319, and Ofc. J. Williams #206 went to the incident location to make contact with Hamilton and place him under arrest for Battery. Ofc. J. Williams #206 and his partner Hyde was able to apprehend Hamilton, please refer to his supplemental report for more information. I was informed via radio that Hamilton was transported to the Lakeland Regional Medical Center in reference to the K9 apprehension by Ofc. J. King #239.

Hamilton was medically cleared at the Lakeland Regional Medical Center in reference to the K9 apprehension.

OFFICER ACTIONS:

I made contact with Rogers at the Lakeland Police Department.

Ofc. P. Harvey #312 arrived at the Lakeland Police Department and took photographs of Rogers' face. I placed the photos into evidence.

Hamilton was located at his residence and was apprehended by K9 Officer J. Williams #206 and his partner Hyde and placed under arrest for Battery.

| Report Officer | Printed At | |
|---|---|---|
| 21883/MAILLY,JOEL | 04/25/2016 03:08 | Page 3 of 4 |

**16-8023**

Supplement No
ORIG

# LAKELAND POLICE DEPARTMENT

### Narrative

Ofc. J. King #239 transported Hamilton to the Lakeland Regional Medical Center, where he was medically cleared and then transported to the Polk County Jail without incident.

I had no further involvement in this incident.

I swear or affirm this report is correct and true to the best of my knowledge and belief.

(This report has been electronically signed.)

MAILLY,JOEL - 21883                                04/24/2016

_____          _____
Signature of Deputy/Agency Member                  Date

Sworn before me this 24th day of April, 2016.

QUACKENBUSH,BRET C - 18607
_____
 Notary/Law Enforcement Officer

                                          -
_____          _____
                                     Commission Number/Expiration

| Report Officer | Printed At | |
|---|---|---|
| 21883/MAILLY,JOEL | 04/25/2016 03:08 | Page 4 of 4 |



STATEMENT
INSERT

| Agency ORI Number FL 0531200 | | | | INCIDENT NUMBER 16-8023 |

COMPLETE NAME OF PERSON MAKING STATEMENT
Last: Rogers    First: David    MI: Skip    DATE/TIME OF STATEMENT: 4-19-2016 10:10pm

I, DAVID ROGERS, SWEAR OR AFFIRM THE STATEMENT HERIN IS CORRECT AND TRUE TO THE BEST OF MY KNOWLEDGE AND I HAVE VOLUNTEERED THIS INFORMATION.

STATEMENT: I went to my Auntie Gerri house rod was there we sit in the yard we was talking about how much money who had then next thing I know he had me in a choke hold I was try to get Away but he had A tight choke hold I could not get Away he keep hitting me I fear if he know I tuldon him he going to hurt me I my right eye it's still swole shut my fore head is knottee up I could not get Away my friend pull him off me I went down the street in use the phone to call the cops that did not show up

I wont to press charges

I'm in fear of my life he did the same thing to my Auntie a couple years ago

David Rogers

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS 19 DAY OF APRIL 20 16

X David L Rogers
SIGNATURE OF PERSON MAKING STATEMENT

J. Mailly #320
SIGNATURE OF LAW ENFORCEMENT OFFICER/NOTARY PUBLIC

J. Mailly #390
PRINTED NAME OF LEO/NOTARY PUBLIC

PERSONALLY KNOWN ___ OR PRODUCED IDENTIFICATION ✓

TYPE OF IDENTIFICATION PRODUCED: FLORIDA ID CARD
IDENFITICATION CARD NUMBER: R262-160-82-228-1

LPD 304                                                                 Page ___ of ___